FILED/REC'D

2025 NOV -3 P 3:43

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

# ATTACHMENT 1

# COMPLAINT FORM

### (for non-prisoner filers without lawyers)

## IN THE UNITED STATES DISTRICT COURT
**FOR THE** _Western_ **DISTRICT OF** _Wisconsin_

(Full name of plaintiff(s))

_Charles L. Walker_

vs

(Full name of defendant(s))

_Charlotte T._

_Dane County Courthouse_

Case Number:

25 CV 908 JDP

(to be supplied by clerk of court)

A.    PARTIES

1.    Plaintiff is a citizen of _Wisconsin_ and resides at
(State)

_P.O Box 44217 Madison, WI 53744_
(Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2.     Defendant _____

(Name)

is (if a person or private corporation) a citizen of ____Wisconsin____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ____Dane County Courthouse____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1.     Who violated your rights;
2.     What each defendant did;
3.     When they did it;
4.     Where it happened; and
5.     Why they did it, if you know.

____Documents Attached____

_____

_____

_____

_____

_____

_____

_____

Documents
Attached

C.    JURISDICTION

☑    I am suing for a violation of federal law under ~~28 U.S.C. § 1331.~~

42 V.S.C 1983

OR

☑    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 4 million .

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Award money and train staff to be better with violating people rights

Documents Attached

25  CV  908  JDP

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

Charles L. Walker
P.O. Box 44217
Madison, WI 53744
Plaintiff,

v.

Charlotte T., Clerk, Dane County Courthouse
Defendant.

## COMPLAINT UNDER 42 U.S.C. § 1983
## (Civil Rights Violation Under Color of State Law)

### Jurisdiction

This action is brought pursuant to 42 U.S.C. § 1983 to redress the deprivation under color of state law of rights secured by the Constitution of the United States, including the First and Fourteenth Amendments. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and § 1343.

### Statement of Facts

1. On January 10, 2025, Plaintiff went to the Dane County Courthouse to file a motion requesting the removal of a court commissioner for bias. Plaintiff stated that under Wisconsin law, such a motion must be ruled on by a judge, not a court commissioner.

2. During this interaction, Clerk Charlotte T. became agitated, pressed a security button, and claimed Plaintiff caused a disturbance. She allegedly told a deputy that Plaintiff had a contempt warrant, leading to Plaintiff's arrest.

3. On October 14, 2025, when Plaintiff attempted to file four motions, Charlotte T. took the filings from another clerk, refused to properly file-stamp them, and instead affixed sticky notes bearing the stamp impression. She threatened to call security and ordered Plaintiff to leave.

4. On October 29, 2025, Plaintiff received a call from the Sheriff's Office regarding service of a restraining order believed to have been initiated by Charlotte T. in retaliation for Plaintiff's prior complaints.

5. Plaintiff maintains that at no time was any threat or disturbance made. Plaintiff merely stated intent to file a complaint about discourteous and improper handling of filings.

6. These acts interfered with Plaintiff's constitutional rights to due process and access to the courts, and constituted retaliation for exercising the right to petition the government.

### Claims for Relief

Defendant, acting under color of state law, violated Plaintiff's rights under the First and Fourteenth Amendments by obstructing access to the courts and retaliating against Plaintiff for exercising protected petitioning activity. Such conduct is actionable under 42 U.S.C. § 1983.

Defendant's actions were administrative and not judicial in nature, and are therefore not protected by absolute or quasi-judicial immunity. See Snyder v. Nolen, 380 F.3d 279 (7th Cir. 2004); Antoine v. Byers & Anderson, Inc., 508 U.S. 429 (1993); Ryland v. Shapiro, 708 F.2d 967 (5th Cir. 1983).

## *Relief Requested*

Plaintiff requests that this Court:

1. Declare that Defendant's actions violated Plaintiff's rights under the U.S. Constitution and 42 U.S.C. § 1983;
2. Award compensatory and punitive damages in an amount to be determined at trial;
3. Grant injunctive and declaratory relief as appropriate to prevent future violations;
4. Award any additional relief this Court deems just and proper.

Respectfully submitted,

Charles L. Walker
Date: 11-03-2025

E.    JURY DEMAND

☑ Jury Demand - I want a jury to hear my case
OR
☐ Court Trial – I want a judge to hear my case

Dated this _03_ day of ___)(_____ 20 _25_.

Respectfully Submitted,

*Charles Ware*
Signature of Plaintiff

1 608 687-1477
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

P.O Box 4427
Madison, WI 53744
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5